1  DANIEL G. BOGDEN
   United States Attorney
2
   GREG ADDINGTON
3  Nevada Bar No. 6875
   Assistant United States Attorney
4  100 West Liberty, Suite 600
   Reno, Nevada  89501
5  Tel.:  (775) 784-5438
   Fax:   (775) 784-5181
6

[Stamp: FILED / ENTERED / RECEIVED / SERVED ON COUNSEL, PARTIES OF RECORD / AUG - 4 2010 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY: _____ DEPUTY]

7                  UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9

10 JUDY KROSHUS, et al.,                  )   3:08-cv-246-LDG-RAM
                                          )
11         Plaintiffs,                    )   ORDER ON (# 460)
                                          )   MOTION FOR ORDER PROVIDING
12    v.                                  )   FOR CLAWBACK OF INFORMATION
                                          )   INADVERTENTLY DISCLOSED
13 UNITED STATES OF AMERICA, et           )
   al.,                                   )
14                                        )
           Defendants.                    )
15 _____  )
                                          )
16 ALICIA UHOUSE, et al.,                 )   3:08-cv-0285-LDG-RAM
                                          )
17         Plaintiffs,                    )
                                          )
18    v.                                  )   ORDER ON (# 217)
                                          )   MOTION FOR ORDER PROVIDING
19 UNITED STATES DEPARTMENT OF            )   FOR CLAWBACK OF INFORMATION
   THE INTERIOR, et al.,                  )   INADVERTENTLY DISCLOSED
20                                        )
           Defendants.                    )
21 _____  )
                                          )
   BILL ADAMSON et al.,                   )
22                                        )   3:08-CV-621-LDG-RAM
           Plaintiffs,                    )
23                                        )
      v.                                  )   ORDER ON (# 93)
24                                        )   MOTION FOR ORDER PROVIDING
   UNITED STATES OF AMERICA,              )   FOR CLAWBACK OF INFORMATION
25                                        )   INADVERTENTLY DISCLOSED
           Defendant.                     )
26 _____  )

27

28                                 1

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-CV-167-LDG-RAM<br><br>ORDER ON (# 81)<br>MOTION FOR ORDER PROVIDING<br>FOR CLAWBACK OF INFORMATION<br>INADVERTENTLY DISCLOSED |
| JAMES ADGETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-CV-649-LDG-RAM<br><br>ORDER ON (# 42)<br>MOTION FOR ORDER PROVIDING<br>FOR CLAWBACK OF INFORMATION<br>INADVERTENTLY DISCLOSED |
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:09-CV-713-LDG-RAM<br><br>ORDER ON (# 111)<br>MOTION FOR ORDER PROVIDING<br>FOR CLAWBACK OF INFORMATION<br>INADVERTENTLY DISCLOSED |
| BILL ADAMSON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-cv-715-LDG-RAM<br><br>ORDER ON (# 48)<br>MOTION FOR ORDER PROVIDING<br>FOR CLAWBACK OF INFORMATION<br>INADVERTENTLY DISCLOSED |

This matter came on for hearing before the Court on August 3, 2010. There being no objection to the proposed order and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

2

1. It is recognized that the prosecution and defense of these related actions will require each party to review and to disclose large quantities of information and documents through the discovery process. As a result, documents and images of documents already deposited or to be deposited with Sunshine Litigation Services ("Sunshine") inadvertently could include materials subject to privilege or other legally recognized protection (hereinafer "privileged information") and therefore not subject to disclosure in discovery. Such inadvertent disclosure of privileged information or documents is possible despite due diligence and reasonable care taken to protect privileged information.

2. Any party who has deposited materials with Sunshine may request the other parties to return privileged documents inadvertently produced with non-privileged documents. Such a request shall identify the document with particularity and state the privilege or protection being asserted and the basis for the asserted claim.

3. Any party who has deposited materials with Sunshine may assert a claim of privilege after receiving notice that another party intends to refer to, quote, cite, rely upon or otherwise use the material or information contained therein. In asserting such a claim of privilege, the depositing party shall at a minimum identify the document with particularity and state the privilege or protection being asserted and the basis for the asserted claim. Such a claim shall be made in a timely manner so that the claim of privilege may be challenged and any such challenge resolved without undue delay. A claim of privilege made within 21 days after receiving such a notice shall be regarded as timely.

4. If a party does not agree with the assertion of a claim of privilege by a depositing party under paragraphs 2 or 3, it shall notify the depositing party within 14 days after the receipt of the claim of privilege. The depositing party may, after meeting and conferring as required by

3

applicable rules, move the court for a determination of that claim. The failure of the depositing party to file such a motion within 30 days after receiving notification by another party of a disagreement regarding a claim of privilege shall operate as a waiver of the claim.

5. Once a document or information has been identified as privileged in accordance with paragraphs 2 or 3, no party shall in any way copy, reproduce, refer to, quote, cite, rely upon or otherwise use in any manner, any such document or its contents in any proceeding unless and until the Court determines that the document is not protected from discovery or the depositing party withdraws or waives the claim of privilege (except that the document or information may be identified or produced, under seal or *in camera*, in connection with a motion regarding the validity of the claim of privilege).

6. If the claim of privilege is upheld by the Court or the receiving party does not challenge the claim of privilege, all copies of the privileged documents so identified shall be returned to the depositing party and counsel for each party shall certify in writing to counsel for the depositing party that all such documents have been returned.

7. Inadvertent disclosure of any information or document which the depositing party later claims should not have been disclosed because of any privilege will not be deemed to constitute a waiver of the privilege. No parties shall claim or otherwise urge the Court to deem a privilege to have been waived solely on the basis of the inadvertent disclosure of the information or documents to which the privilege applies.

Date: Aug. 4, 2010

ROBERT A. McQUAID, JR.
United States Magistrate Judge

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing (proposed) ORDER ON MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED was made through the Court's electronic filing and notification or by sending a copy thereof by electronic mail from Reno, Nevada, addressed to the following addressee(s) on August 3, 2010.

Robert Hager, Esq.  parrlawoffices@sbcglobal.net
Treva Hearne, Esq.  thearne@hagerhearnelaw.com
HAGER & HEARNE  rhager@hagerhearnelaw.com
245 East Liberty, #110  775-329-5800
Reno, NV 89501  775-329-5819 (fax)
Counsel for Plaintiffs
    Kroshus/Adamson

Lee Hotchkin, Esq.
1025 Ridgeview Drive, Suite 200  hotchkinlaw@sbcglogal.net
Reno, NV 89519  lthotch@sbcglobal.net
Counsel for Plaintiffs  775-786-5791
    Kroshus/Adamson  775-786-8524 (fax)

Robert Maddox, Esq.  rmaddox@maddoxandassociates.com
Nancy Jasculca, Esq.  njasculca@maddoxandassociates.com
10587 Double R Blvd., # 100
Reno, NV 89521  775-322-3666
Counsel for Plaintiffs  775-322-6338 (fax)
    Uhouse/Adgett/Moore

Patrick Leverty, Esq.  pat@levertylaw.com
Vernon Leverty, Esq.  gene@levertylaw.com
William Ginn, Esq.  bill@levertylaw.com
832 Willow Street
Reno, NV 89502  775-322-6636
Counsel for Plaintiffs  775-322-3953 (fax)
    Uhouse/Adgett/Moore

Calvin R.X. Dunlap, Esq.  worldlyx@att.net
Monique Laxalt, Esq.  monique.laxalt@sbcglobal.net
537 Ralston Street  775-323-7790
Reno, NV 89503  775-323-5454 (fax)
Counsel for Plaintiffs
    Uhouse/Adgett/Moore

William Doyle, Esq.
Roger Strassburg, Esq.
THE DOYLE FIRM  bfinnell@doylelawgroup.com
1313 East Osborne Road
Phoenix, AZ 85014  602-240-5055
Counsel for TCID and Overvold  602-240-6951 (fax)

| | | |
|---|---|---|
| 1 | William Doyle, Esq. | wdoyle@doylelawgroup.com |
| 2 | Roger Strassburg, Esq.<br>THE DOYLE FIRM | roger.strassburg@cox.net<br>bfinnell@doylelawgroup.com |
| 3 | 8500 Capella Rico Avenue<br>Las Vegas, NV 89117-9055 | 702-240-9205 |
| 4 | Counsel for TCID and Overvold | 702-233-2107 (fax) |
| 5 | Michael VanZandt, Esq.<br>HANSON BRIDGETT LLP | mvanzandt@hansonbridgett.com |
| 6 | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 | 415-777-3200<br>415-995-3566 (fax) |
| 7 | Counsel for TCID and Overvold | |
| 8 | Lyman McConnell, Esq.<br>1247 Rice Road | lyman@tcid.org |
| 9 | Fallon, NV 89406<br>Counsel for TCID and Overvold | 775-423-6923/2141<br>775-423-5354 (fax) |
| 10 | | |
| 11 | Charles Burcham, Esq.<br>THORNDAL, ARMSTRONG, DELK, | clb@thorndal.com |
| 12 |    BALKENBUSH & EISENGER<br>6590 S. McCarran Blvd., Suite B | 775-786-2882<br>775-786-8004 |
| 13 | Reno, NV 89509<br>Counsel for Lyon County | |
| 14 | Brent Kolvet, Esq. | btk@thorndal.com |
| 15 | THORNDAL, ARMSTRONG, DELK,<br>   BALKENBUSH & EISENGER | 775-786-2882 |
| 16 | 6590 S. McCarran Blvd., Suite B<br>Reno, NV 89509 | 775-786-8004 |
| 17 | Counsel for City of Fernley | |
| 18 | Newel Knight, Esq.<br>STEPHENS, KNIGHT & EDWARDS | nbknight@sbcglobal.net |
| 19 | 401 Ryland Street, Suite 330<br>Reno, NV 89502 | 775-786-5776<br>775-786-5044 (fax) |
| 20 | Counsel for CAL Investments<br> and Eilrich | |
| 21 | Michael Stoberski, Esq. | mstoberski@rocgd.com |
| 22 | Zachary J. Thompson, Esq.<br>OLSON, CANNON, GORMLEY & | |
| 23 |    DESRUISSEAUX<br>9950 West Cheyenne Avenue | 702-384-4012<br>702-383-0701 (fax) |
| 24 | Las Vegas, NV 89129<br>Counsel for RE/MAX Realty | |
| 25 |    And Judy Ashton | |
| 26 | Thomas Mirczak, Esq.<br>CISNEROS CLAYSON & MARIAS | glenna.gish@zurichna.com<br>thomas.mirczak@zurichna.com |
| 27 | One East First Street, #1400<br>Reno, NV 89501 | 775-326-8200<br>775-326-8206 (fax) |
| 28 | Counsel for King Construction | |

```
Anthony T. Case, Esq.
Hayley B. Chambers, Esq.           cfedor@farmercase.com
Kathryn Holbert, Esq.              rrokni@farmercase.com
FARMER CASE & FEDOR                kholbert@farmercase.com
2510 Wigwam Pkwy, Suite 206        702-579-3900
Henderson, NV 89074                702-739-3001 (fax)
Counsel for Keystone Realty

John Aberasturi, Esq.              jaberasturi@etsreno.com
ERICKSON THORPE & SWAINSTON        lligouri@etsreno.com
99 West Arroyo Street              775-786-3930
Reno, NV 89509                     775-786-4160 (fax)
Counsel for LL Realty

Clayton Brust, Esq.
Kent Robison, Esq.                 cbrust@rbslattys.com
ROBISON BELAUSTEGUI SHARP & LOW    krobison@rbslattys.com
71 West Washington Street          775-329-3151
Reno, NV 89503                     775-329-7941 (fax)
Counsel for Greater Nevada Builders,
   Steve Campoy Contracting

Jean A. Weil, Esq.
WEIL & DRAGE                       Jweil@weildrage.com
6085 W. Twain Avenue, Suite 203
Las Vegas, Nevada 89103            702-314-1905
Counsel for Bidart, Ugalde,        702-314-1909 (fax)
   and V-Point

Joan Wright, Esq.                  jwright@allisonmackenzie.com
Christopher MacKenzie, Esq.        cmackenzie@allisonmackenzie.com
Virginia O'Neill, Esq.             voneill@allisonmackenzie.com
ALLISON, MACKENZIE, etc.
402 N. Division Street
Carson City, NV 89702              775-687-0202
Counsel for Crisp Development      775-882-7918 (fax)
   Inc. And Berle Crisp

Mark L. Gentile, Esq.
GENTILE LAW GROUP                  mark@gentilelawproup.com
1640 Alta Drive, Suite 12
Las Vegas, NV 89106                702-251-8445
Counsel for Charles Prandi         702-253-7431

Kelly R. Chase, Esq.
LAW OFFICE KELLY R. CHASE          kellyrchaselaw@aol.com
P.O. Box 2800
Minden, NV 89423                   775-782-3099
Counsel for Nevada Johnson, Inc.   775-782-3082 (fax)

Kenneth V. Ward, Esq.              kenwardlaw@aol.com
P.O. Box 2500
Fernley, NV 89408                  775-575-2228
Counsel for CTI, Inc. and          775-575-2257 (fax)
   William Carlson
```

| | | |
|---|---|---|
| 1 | | |
| 2 | Ryan J. Mandell, Esq.<br>GEORGESON ANGARA CHTD. | ryan@renotahoelaw.com |
| 3 | 5450 Longley Lane<br>Reno, NV 89511 | 775-827-6440<br>775-827-9256 |
| 4 | Counsel for Mary Noriega and<br>    Adrien Noriega | |
| 5 | Charles W. Spann, ESq. | cspann@perryspann.com |
| 6 | PERRY SPANN & WESTBROOK<br>6130 Plumas Street | 775-829-2002 |
| 7 | Reno, NV 89519<br>Counsel for Latuska and Warn | 775-829-1808 (fax) |
| 8 | Donald A. Lattin, Esq. | dlattin@mclrenolaw.com |
| 9 | MAUPIN COX & LEGOY<br>4785 Caughlin Parkway | 775-827-2000 |
| 10 | Reno, NV 89520<br>Counsel for Matthews Land, Inc. | 775-827-2185 (fax) |
| 11 | Michael Pintar, Esq.<br>Micheline Fairbank, Esq. | mpintar@bbg.net<br>mfairbank@bbg.net |
| 12 | BURTON BARTLETT & GLOGOVAC<br>50 West Liberty Street, # 650 | 775-333-0400 |
| 13 | Reno, NV 89501<br>Counsel for Biral and Suennen | 775-333-0412 (fax) |
| 14 | | |
| 15 | Christian L. Moore, Esq.<br>LEMONS GRUNDY & EISENBERG | clm@lge.net |
| 16 | 6005 Plumas Street, Suite 300<br>Reno, NV 89519 | 775-786-6868<br>775-786-9716 (fax) |
| 17 | Counsel for Meppen and Davis | |
| 18 | | /s/ Greg Addington<br>GREG ADDINGTON |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |