**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES ADGETT, et al., | ) | 3:09-cv-649-LDG (RAM) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 3, 2011 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff Kandi Morello, as the Special Administrator of the Estate of Robert Joseph Morello aka Robert J. Morello aka Robert Morello has filed a Motion for Substitution of Party (Doc. #106).  There has been no opposition.

Plaintiff Kandi Morello's Motion for Substitution of Party (Doc. #106) is **GRANTED**.  Plaintiff Kandi Morello, Special Administrator of the Estate of Robert Joseph Morello aka Robert J. Morello aka Robert Morello, shall substitute the deceased, Plaintiff Robert Morello.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
         Deputy Clerk