# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

1

| | |
|---|---|
| LARRY J. MOORE, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br>        Defendants. | 3:09-cv-0713-LDG-RAM <br> (Kroshus II) |
| BILL ADAMSON, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendant. | 3:09-cv-0715-LDG-RAM <br> (Adamson II) |
| JASON AMES, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Defendant. | 3:10-cv-0463-LDG-RAM |

1   THE COURT HEREBY ORDERS that, as it has previously ruled, the court shall reinstate the motions previously denied without prejudice in due course.  Accordingly, the following are DENIED without prejudice:

The United States' renewal and reinstatement of motion for summary judgment (#461) in <u>Kroshus v. United States</u>, 3:08-cv-0246-LDG (#673);

The United States' renewal and reinstatement of motion for summary judgment (#218) in <u>Uhouse v. United States Department of the Interior</u>, 3:08-cv-285-LDG (#376);

The United States' renewal and reinstatement of motion for summary judgment (#112) in <u>Kroshus v. United States</u>, 3:09-cv-0713-LDG (#286);

The United States' renewal and reinstatement of motion to dismiss in <u>Adgett v. United States</u>, 3:09-cv-649-LDG (#137);

The United States' renewal and reinstatement of motion to dismiss in <u>Adamson v. United States</u>, 3:09-cv-715-LDG (#140); and

The United States' renewal and reinstatement of motion to dismiss in <u>Ames v. United States</u>, 3:10-cv-463-LDG (#94).

THE COURT FURTHER ORDERS that a hearing shall be conducted on the United States' motion for summary judgment in <u>Kroshus v. United States</u>, 3:08-cv-0246-LDG (#461); motion for summary judgment in <u>Uhouse v. United States Department of the Interior</u>, 3:08-cv-285-LDG (#218); and motion for summary judgment in <u>Kroshus v. United States</u>, 3:09-cv-0713-LDG (#112), on **Monday, the 14th day of January, 2013, at 9:00 a.m.**  The location of the hearing shall be set by subsequent minute order.

THE COURT FURTHER ORDERS that defendants City of Fernley's and County of Lyon's unopposed motions to dismiss are GRANTED in <u>Kroshus v. United States</u>, 3:08-cv-246-LDG (#744); and <u>Kroshus v. United States</u>, 3:09-cv-713-LDG (#310).

THE COURT FURTHER ORDERS that the United States' motion to strike plaintiffs' responses in <u>Kroshus v. United States</u>, 3:08-cv-0246-LDG (#682), and <u>Kroshus v. United States</u>, 3:09-cv-0713-LDG (#293) are DENIED.

1 THE COURT FURTHER ORDERS that plaintiffs' motions to set a trial date in Moore v. United States, 3:09-cv-167-LDG (#193); Adgett v. United States, 3:09-cv-649-LDG (#135); and Ames v. United States, 3:10-cv-463-LDG (#93) are DENIED without prejudice.

THE COURT FURTHER ORDERS that, as plaintiffs Catherine McDermed and Lyndsay Wilday have failed to oppose the United States' motion to dismiss and have not filed objections to the magistrate judge's report recommending granting the motion (#146), and good cause appearing, the United States' motion to dismiss for lack of prosecution regarding claims of Catherine McDermed and Lyndsay Wilday in Adgett v. United States, 3:09-cv-649-LDG (#136) is GRANTED.

THE COURT FURTHER ORDERS that, given the stipulation for dismissal of claims by plaintiff Estate of Bruce Zettel, counsel for plaintiff Bruce Zettel's motion to withdraw as counsel in Ames v. United States, 3:10-cv-463-LDG (#77) is GRANTED.

DATED this 28 day of September, 2012.

_____
Lloyd D. George
United States District Judge